```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 22705
    DERRICK T FERGUSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5019

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/04/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
REGIONAL ACCEPTANCE CORP  SECURED NOT I   17279.70           .00          .00
REGIONAL ACCEPTANCE CORP  UNSECURED       NOT FILED          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         691.92           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         310.39           .00          .00
ALL STATE INSURANCE       NOTICE ONLY     NOT FILED          .00          .00
BLOOMFIELD FINANCIAL GRO  UNSECURED        3024.91           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED          .00          .00
PREMIER BANKCARD          UNSECURED         423.89           .00          .00
HOUSEHOLD BANK            UNSECURED       NOT FILED          .00          .00
LASALLE BANK              UNSECURED       NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2241.54           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         778.71           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         368.73           .00          .00
TITAN RECOVERY SOLUTIONS  UNSECURED       NOT FILED          .00          .00
TRIB/FBOFD                UNSECURED       NOT FILED          .00          .00
VERIZON WIRELESS          UNSECURED       NOT FILED          .00          .00
WAUKEGAN JEWELRY & LOAN   UNSECURED       NOT FILED          .00          .00
WEST ASSET MANAGEMENT     UNSECURED        3496.96           .00          .00
DAVID M SIEGEL            DEBTOR ATTY     3,124.00                      225.40
TOM VAUGHN                TRUSTEE                                        19.60
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              245.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                            225.40
TRUSTEE COMPENSATION                       19.60
DEBTOR REFUND                                .00
                                     ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22705 DERRICK T FERGUSON
```

```
TOTALS                                      245.00                245.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```